**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1558**

STEPHEN THOMAS YELVERTON,

    Plaintiff - Appellant,

  v.

YELVERTON FARMS, LTD.; PHYLLIS Y. EDMUNDSON,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:14-cv-00365-FL)

Submitted:  October 30, 2015   Decided:  November 23, 2015

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen Thomas Yelverton, Appellant Pro Se.  John C. Bircher,
III, WHITE & ALLEN, PA, New Bern, North Carolina; John Pierce
Marshall, Matthew Scott Sullivan, WHITE & ALLEN, PA, Kinston,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Thomas Yelverton appeals from the district court's orders dismissing his complaint against Yelverton Farms, Ltd., and Phyllis Y. Edmundson for lack of standing and for failure to state a claim upon which relief may be granted, and denying his motion for reconsideration and for leave to amend the complaint. We have reviewed the record and the parties' arguments on appeal, and we find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Yelverton v. Yelverton Farms, Ltd., No. 5:14-cv-00365-FL (E.D.N.C. Feb. 26, 2015; Apr. 22, 2015). We deny Yelverton's motion to remand the case, and we deny his motion for leave to file a supplemental brief addressing issues he intends to present on appeal from an order entered in a separate case in the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2